**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 1:23-cv-1804-DAR |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FRANK R. BRANCATELLI, et. al, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANTS FRANK R. BRANCATELLI AND LINDA S. BRANCATELLI'S
FED. R. CIV. P. 30(b)(6) NOTICE OF DEPOSITION OF PLAINTIFF
UNITED STATES OF AMERICA**

Pursuant to Federal Rules of Civil Procedure 30(b)(6), Defendant Frank R. Brancatelli, Esq. will take the deposition of Plaintiff, United States of America, by a person or persons designated by Plaintiff before a court reporter authorized by law to administer oaths. The deposition will be taken on, June 19, 2024 beginning at 10:00 AM. at the office of Veritext Legal Solutions, 1100 Superior Ave., Suite 1820, Cleveland, Ohio 44114 or on such date and time as the parties agree.

Plaintiff shall designate one or more officers, directors, managing agents, or other person specified on its behalf, and shall set forth, for each person designated, the matters on which the person will testify. The person (s) so designated by Plaintiff shall testify on matters known or reasonably available to Plaintiff concerning the subject matters listed below:

1) The proceedings in the foreclosure action captioned *Federal Home Loan Mortgage Corporation vs. Stan Leffe et. al.,* case number 95CV000858 on the home/residence owned by Defendant Linda S. Brancatelli located at 6499 Clearair Ave., Mentor, OH 44060 in which Plaintiff was a party to the action by virtue of a tax lien against Defendants Frank R. and Linda S. Brancatelli.

2) The bankruptcy proceeding of Defendant Linda S. Brancatelli, in case no. 96-13166 in which Plaintiff filed a Proof of Claim alleging a secured claim against property owned by Linda S. Brancatelli in the original sum of $60,717.38 on August 13,1996.

3) The purchase of the property known as 7318 Gallant Way, Concord Twp., Ohio 44077 by Matthew J. Brancatelli and subsequently transferred to Linda S. Brancatelli.

4) The facts and circumstances regarding Plaintiff's investigation of Defendants Frank R. Brancatelli and Linda S. Brancatelli prior to determining that Defendant Linda S. Brancatelli was the alter ego of Defendant Frank R. Brancatelli.

5) The facts and circumstances regarding Plaintiff's investigation of Defendants Frank R. Brancatelli and Linda S. Brancatelli prior to determining that Defendant Linda S. Brancatelli was the nominee of Defendant Frank R. Brancatelli.

6) The determination made by Plaintiff that Defendant Linda S. Brancatelli was the alter ego of Defendant Frank R. Brancatelli.

7) The determination made by Plaintiff that Defendant Linda S. Brancatelli was the nominee of Defendant Frank R. Brancatelli.

*s/Frank R. Brancatelli*
FRANK R. BRANCATELLI, #0024574
Attorney *Pro Se* and Defendant Linda S. Brancatelli
7318 Gallant Way
Painesville, Ohio 44077
(440)946-6958
branfr@msn.com

**CERTIFICATE OF SERVICE**

A true copy of the foregoing Defendants Frank R Brancatelli and Linda S Brancatelli's Fed. R. Civ. P. 30(b)(6) Notice of Deposition of Plaintiff United States of America was sent this 15th day of May, 2024 to:

DAVID A. HUBBERT
Deputy Assistant Attorney General
Tax Division, U.S. Department of Justice

LEE SEITZ
JULIA M. GLEN
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044
202-307-6580 (v) (Seitz)
202-514-6484 (v) (Glen)
202-514-5238 (f)
lee.seitz@usdoj.gov
julia.m.glen@usdoj.gov

via email lee.seitz@usdoj.gov and julia.m.glen@usdoj.gov

*/S/ Frank R. Brancatelli*
Frank R. Brancatelli Esq. #0024574
Attorney *Pro Se* and Defendant Linda S. Brancatelli